1
2
3
4
5
6
7
8
9
10
11
12

# SEALED

13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
___FILED    ___RECEIVED
___ENTERED  ___SERVED ON
            COUNSEL/PARTIES OF RECORD

2010 AUG -4  A 11: 27

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-265-RCJ (PAL) |
| ) | |
| JOHN VIDAURRI, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On August 2, 2010, defendant JOHN VIDAURRI pled guilty to a Two-Count Criminal Information charging him in Count One with Theft from Employee Benefit Plan in violation of Title 18, United States Code, Section 664 and in Count Two with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and Plea Memorandum.

This Court finds that JOHN VIDAURRI shall pay a criminal forfeiture money judgment of $142,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN VIDAURRI a criminal forfeiture money judgment in the amount of $142,000.00 in United States Currency.

DATED this 13th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge