

# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )     2:10-CR-265-GMN (PAL)
                                    )
JOHN VIDAURRI,                      )
                                    )
            Defendant.              )

**ORDER OF FORFEITURE**

This Court found on August 16, 2010, that JOHN VIDAURRI shall pay a criminal forfeiture money judgment of $142,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN VIDAURRI a criminal forfeiture money judgment in the amount of $142,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 28 day of Oct, 2011.

_____
UNITED STATES DISTRICT JUDGE